IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY ALAN BENNETT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:15-0198 |
| | ) JUDGE TRAUGER/KNOWLES |
| TONY PARKER, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Remove Defendant Charles Carpenter from this Action." Docket No. 9. The Motion states that Defendant Carpenter has been terminated from the Tennessee Department of Correction and that Plaintiff "no longer wishes to pursue this action against Defendant Charles Carpenter." *Id*.

None of the Defendants has yet been served. The undersigned, therefore, recommends that the instant Motion be treated as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and that this action be DISMISSED as to Defendant Charles Carpenter without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of

service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge