**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| COREY ALAN BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-0198 |
| | ) | Judge Trauger |
| CHARLES CARPENTER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On May 5, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion To Dismiss Defendant Evelyn Thompson from this case (Docket No. 21) is **GRANTED** and all claims against Defendant Thompson asserted in this case are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 27th day of May, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge