IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY ALAN BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:15-0198 |
| | ) JUDGE TRAUGER/KNOWLES |
| TONY PARKER, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Voluntarily Dismiss." Docket No. 34. The body of the Motion states:

> Plaintiff Corey Bennett – pro se hereby moves this Honorable Court to voluntarily dismiss this lawsuit against all Defendants.
>
> Plaintiff Corey Bennett hereby moves this Honorable Court to accept/grant this motion to voluntarily dismiss this lawsuit against all Defendants.

*Id*.

None of the Defendants has filed a Response to the Motion.

Fed R. Civ. P. 41(a)(2) provides that, with certain exceptions not relevant here, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

For the foregoing reasons, the undersigned recommends that the instant Motion (Docket No. 34) be GRANTED, and that this action be dismissed without prejudice as to all remaining

Defendants.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections.  Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge