IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY ALAN BENNETT, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00198 |
| ) | Judge Trauger |
| CHARLES CARPENTER, ET AL., ) | |
|     Defendants. ) | |

**O R D E R**

On April 7, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's "Motion to Remove Defendant Charles Carpenter From This Action" (Docket No. 9) is **GRANTED,** and all claims against Defendant Charles Carpenter are hereby **DISMISSED WITHOUT PREJUDICE**.

On September 30, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the plaintiff's Motion to Voluntarily Dismiss" (Docket No. 34) is **GRANTED,** and all claims in this case are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 16th day of November 2015.

_____
ALETA A. TRAUGER
U.S. District Judge